UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JOE HAND PROMOTIONS, INC., as Broadcast
Licensee of the June 25, 2005
Gatti/Mayweather Program,

Plaintiff,

- against -

06 Civ. 6709 (DAB)
ADOPTION OF REPORT
AND RECOMMENDATION

LORENZO RODRIGUEZ, individually,
LORENZO RODRIGUEZ, as officer, director,
shareholder and/or principal of Pancha
Grocery Corp. d/b/a Pancha Grocery, and
PANCHA GROCERY CORP. d/b/a Pancha
Grocery,

Defendants.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.

This matter is before the Court upon the November 13, 2007

Report and Recommendation ("Report") of United States Magistrate

Judge Gabriel Gorenstein. The Report recommends that judgment be

entered awarding Plaintiff $2,500.00 in statutory damages and

$550.00 in costs, for a total of $3050.00. (Report at 7.) Judge

Gorenstein did not award attorneys fees because Plaintiff

submitted a document titled, "Attorney's Affidavit of Costs and

Fees" which did not include a request for any fees. (Id.)

According to 28 U.S.C. § 636(b)(1)(C), "[w]ithin ten days

after being served with a copy, any party may serve and file

written objections to such proposed findings and

recommendations." 28 U.S.C. § 636(b)(1)(C); see also Fed. R.

Civ. P. Rule 72(b) (stating that "[w]ithin 10 days after being

serve and file specific, written objections to the proposed findings and recommendations"). Despite being advised of this procedure in Magistrate Judge Gorenstein's Report and Recommendation, to date, no objections to said Report and Recommendation have been filed.

Having reviewed the Report and Recommendation, and finding no clear error on the face of the record, see 28 U.S.C. § 636(b)(1)(B), it is hereby

ORDERED AND ADJUDGED as follows:

1. The Report and Recommendation of United States Magistrate Judge Gabriel W. Gorenstein, dated November 13, 2007, be and the same hereby is APPROVED, ADOPTED, and RATIFIED by the Court in its entirety;

2. Upon entry of judgment in the amount stated in the first paragraph of this Order, the Clerk of Court is directed to CLOSE the docket for this case.

SO ORDERED.

DATED:    New York, New York

May 6, 2008

Deborah A. Batts
United States District Judge

2